UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-664

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, U.S. Department of Labor, </br></br>Plaintiff </br></br>vs. </br></br>CAMERON GARRISON and GARRISON ENTERPRISES 401(k) PLAN </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

**THIS MATTER** is before the Court upon its own motion. Defendant Garrison Enterprises 401(k) Plan ("Garrison 401(k) Plan") has not filed the Disclosure of Corporate Affiliation as detailed in the Case Assignment Packet issued December 29, 2011. Furthermore, Garrison 401(k) Plan has filed a notice of appearance, signed by Plan Administrator Rahul Saxena, indicating it intends to represent itself *pro se*. However, only natural persons may appear *pro se* and corporations, partnerships, or associations that appear in federal court must do so through a licensed attorney. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 203 (1993) ("Congress was thinking in terms of 'persons' who could petition courts themselves and appear *pro se*, that is, of natural persons only."); see also 28 U.S.C. § 1654; First Hartford Corp. Pension Plan & Trust v. United States, 194 F.3d 1279, 1290 (Fed. Cir. 1999) (*pro se* actions by non-attorneys on behalf of corporations "fail for lack of standing"); Pridgen v. Andresen, 113 F.3d 391, 392-93 (2d Cir. 1997) (*pro se* litigant may not represent corporation, estate, partnership, or "his or her minor child."). Therefore, Defendant Garrison 401(k) Plan is HEREBY ORDERED to file a Disclosure of Corporate Affiliation and,

if necessary, enter a notice of appearance from a properly licensed and admitted attorney.

Furthermore, it appears joinder of the issues in the above captioned cased occurred on May 29, 2012. See Initial Scheduling Order, ¶ 4(a). More than forty (40) days have passed and no certification of an attorney conference pursuant to Fed. R. Civ. P. 26(f) has been filed. IT IS THEREFORE ORDERED THAT the parties conduct an initial attorney's conference within seven (7) days and file a certification of the conference within ten (10) days of the issuance of this order.

IT IS SO ORDERED.

Signed: July 10, 2012

Frank D. Whitney
United States District Judge